PRAIRIE VILLAGE OF ADEL ASSOCIATES, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant.

No. 05–5081.

United States Court of Appeals, Federal Circuit.

May 5, 2005.

### ORDER

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

LAMPS PLUS, INC. and Pacific Coast Lighting, Plaintiffs–Appellees,

v.

Patrick S. DOLAN, Design Trends, LLC, Craftmade International, Inc., and Lowe's Home Centers, Inc., Defendants–Appellants.

No. 04–1587.

United States Court of Appeals, Federal Circuit.

May 5, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

---

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.